UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLAUDETTE THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 18 C 6980 |
| v. ) | |
| ) | Judge |
| MARJORIE MICHEL, M.D., and ) | |
| ADVOCATE HEALTH AND HOSPITALS ) | Formerly Case No. 2018 L 003574 |
| CORPORATION, a Corporation, d/b/a ) | Circuit Court of Cook County, Illinois |
| ADVOCATE TRINITY HOSPITAL, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF REMOVAL OF A CIVIL ACTION AND
SUBSTITUTION OF THE UNITED STATES AS DEFENDANT**

To:  Dorothy Brown                           Melissa Gandhi
     Clerk of the Circuit Court              KOMINIAREK BRESLER HARVICK &
     Richard J. Daley Center, Room 1001      GUDMUNDSON, LLC
     50 West Washington Street               33 North Dearborn Street, Suite 1310
     Chicago, Illinois 60602                 Chicago, Illinois 60602
                                             melissa.gandhi@kbhglaw.com

     Dale Lance Cameron
     Scott Wolfman
     D&W LAW GROUP, P.C.
     641 West Lake Street, Suite 400
     Chicago, Illinois 60661
     kumri@wolfmanlaw.com

The United States, by its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned civil action from the Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of Illinois, pursuant to 42 U.S.C. § 233, and in support thereof states the following:

1.     On April 10, 2018, plaintiff Claudette Thompson commenced the above civil action against Marjorie Michel, M.D., among others, alleging medical malpractice. A copy of the state

court complaint is attached as Exhibit A. For purposes of this lawsuit, Chicago Family Health Center, Inc. is a private entity that receives grant money from the Public Health Service pursuant to 42 U.S.C. § 233. *See* Exhibit B. In addition, Dr. Marjorie Michel was acting within the scope of her employment at Chicago Family Health Center with respect to the incidents referred to in the complaint. *Id.*

2. This notice of removal is filed in accordance with 42 U.S.C. § 233 upon certification by the designee of the Attorney General of the United States that defendant Dr. Marjorie Michel was acting within the scope of her employment at Chicago Family Health Center with respect to the incidents referred to in the complaint. Exhibit B.

3. This notice of removal may be filed without bond at any time before trial. 42 U.S.C. § 233(c). Trial has not yet been had in this action.

4. Pursuant to the certification by the Attorney General's designee and the filing of this notice of removal, under 28 U.S.C. § 233(c), this civil action is deemed an action against the United States, and the United States is substituted as the sole federal party defendant in place of defendant Dr. Marjorie Michel.

WHEREFORE, this action now pending in the Circuit Court of Cook County, Illinois, is properly removed to this court pursuant to 42 U.S.C. § 233, and the United States is substituted as the defendant in lieu of Marjorie Michel, M.D.

      Respectfully submitted,

      JOHN R. LAUSCH, Jr.
      United States Attorney

      By: s/ Courtney R. Baron
          COURTNEY R. BARON
          Assistant United States Attorney
          219 South Dearborn Street
          Chicago, Illinois 60604
          (312) 353-1996
          courtney.baron@usdoj.gov

**Certificate of Service**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

NOTICE OF REMOVAL AND SUBSTITUTION

was served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on October 17, 2018, to the following non-ECF filers:

Melissa Gandhi
KOMINIAREK BRESLER HARVICK & GUDMUNDSON, LLC
33 North Dearborn Street, Suite 1310
Chicago, Illinois 60602
melissa.gandhi@kbhglaw.com

Dale Lance Cameron
Scott Wolfman
D&W LAW GROUP, P.C.
641 West Lake Street, Suite 400
Chicago, Illinois 60661
kumri@wolfmanlaw.com

                                                                                              s/ Courtney R. Baron
COURTNEY R. BARON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1996
courtney.baron@usdoj.gov